IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY RICHARD INGLETT,

        Petitioner,

  v.

WARDEN D. ADAMS, et al.,

        Respondents.
                                /

No. C 06-01050 CW

JUDGMENT

    For the reasons set forth in this Court's Order Denying Petition for Writ of Habeas Corpus,

    IT IS ORDERED AND ADJUDGED

    That Petitioner Jeffrey Richard Inglett's Petition for Writ of Habeas Corpus is denied and that each party bear its own costs of action.

    Dated at Oakland, California, this 30th day of September, 2009.

                                      VICTORIA MINOR
                                      Clerk of Court

                      By: _____
                                      SHEILAH CAHILL
                                      Deputy Clerk

United States District Court
For the Northern District of California